**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **McKinney El Corazon, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Casa Rosa Restaurante**<br>**El Corazon**<br>**Texana Grill**<br>**El Corazon de Tejas** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2 – 2 1 3 5 8 6 6** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10628 Pagewood Dr**<br>Number      Street | Number      Street |
| **Dallas, TX 75230-4258**<br>City            State    ZIP Code | City            State    ZIP Code |
| **Dallas**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number      Street |
| | City            State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.casarosatexmex.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **McKinney El Corazon, LLC**                                                          Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7   2   2   5**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☑ Chapter 7 |
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply:* |

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | ☐ Yes.  District _____  When _____  Case number _____ |
| If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes.  Debtor _____  Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____  When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    **McKinney El Corazon, LLC**

Name

Case number *(if known)*

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

## ▮ Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | | | | |
|---|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | | |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | | |
| ☐ 200-999 | | | | |

| 15. Estimated assets | | | |
|---|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

Debtor    **McKinney El Corazon, LLC**
Name                                                                    Case number *(if known)*

---

**16. Estimated liabilities**

☐ $0-$50,000                    ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000             ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million          ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/24/2024**
                MM/ DD/ YYYY

**X** **/s/ Gilbert Cuellar**                              **Gilbert Cuellar**
Signature of authorized representative of debtor           Printed name

Title            **Manager**

---

**18. Signature of attorney**

**X**            **/s/ Herman A. Lusky**              Date **06/24/2024**
Signature of attorney for debtor                         MM/ DD/ YYYY

**Herman A. Lusky**
Printed name

**Lusky & Associates, P.C.**
Firm name

**5473 Blair Rd**
Number        Street

**Dallas**                                    **TX**        **75231-2328**
City                                          State       ZIP Code

**(972) 386-3900**                            **mail@lusky.com**
Contact phone                                 Email address

**12702000**                                  **TX**
Bar number                                    State

---

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor Name | **McKinney El Corazon, LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **CrossFirst Bank** | **Checking account** | **5 2 8 2** | $0.00 |

**4. Other cash equivalents** *(Identify all)*

4.1 _____
4.2 _____

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00** |

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____
7.2 _____

Debtor    **McKinney El Corazon, LLC**
_____    Case number *(if known)* _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

| **Part 3:** | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

11. **Accounts receivable**

11a. 90 days old or less:    _____ - _____ =..... ➔    _____
face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **$120,031.81** - **$120,031.81** =..... ➔    **$0.00**
face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$0.00**

| **Part 4:** | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1 _____    _____    _____    _____

15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Debtor    **McKinney El Corazon, LLC**
                    Name                                                                                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

17.    **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                            [_____]

18.    **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.    Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.    Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.    Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23.    **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                            [_____]

24.    **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

27.    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **McKinney El Corazon, LLC**_____    Case number *(if known)* _____
　　　　　Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    ☐ _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

Debtor   **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| **Restaurant Furniture - left at restaurant for landlord** | unknown | unknown |
| 40. **Office fixtures** | | |
| **Restaurant Fixtures - left at premises for landlord** | unknown | unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| **Restaurant Equipment - left at premises for landlord.** | unknown | unknown |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1 _____   _____   _____   _____

    42.2 _____   _____   _____   _____

    42.3 _____   _____   _____   _____

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|    47.1 _____ | _____ | _____ | _____ |
|    47.2 _____ | _____ | _____ | _____ |
|    47.3 _____ | _____ | _____ | _____ |
|    47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|    48.1 _____ | _____ | _____ | _____ |

Debtor    **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
                Name

| 48.2 | | | | |
|---|---|---|---|---|

**49. Aircraft and accessories**

| 49.1 | | | | |
|---|---|---|---|---|
| 49.2 | | | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

Debtor    **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
_____
Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| 66. **Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor  **McKinney El Corazon, LLC**                              Case number *(if known)* _____
   Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____    –    _____ = ➔    _____
                       Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____                              _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              _____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              _____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____                              _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              _____

_____                              _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor    **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
          Name

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.  **Real property.** *Copy line 56, Part 9.*............................................................................... ➜ | | _____ |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91.  **Total.** *Add lines 80 through 90 for each column*...........................91a. | $0.00 | + 91b. _____ |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... | | $0.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **McKinney El Corazon, LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1**   **Creditor's name**

**SBA**

**Creditor's mailing address**

**CESC-COVID EIDL Service Center**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

**Creditor's email address, if known**

_____

Date debt was incurred    **05/18/2020**

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

Loan to Shareholder: Gilbert Cuellar, Restaurant
Equipment - left at premises for landlord., Restaurant
Fixtures - left at premises for landlord, Restaurant
Furniture - left at restaurant for landlord

**Describe the lien**

**Blanket SBA Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | **$900,000.00** | **$0.00** |
|---|---|---|

**Remarks:** Initial loan to complete restaurant; EIDL and PPP loans used to support payroll and maintain restaurant.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$900,000.00**

Debtor   **McKinney El Corazon, LLC**

Name                                                      Case number (if known)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **U. S. Small Bus. Adm. (SBA)**<br>**409 3rd St Sw**<br>**Washington, DC 20416-0011** | Line 2. _1_ | ___ ___ ___ ___ |
| **U.S. Small Bus. Admin. (SBA)**<br>**DFW District Office**<br>**150 Westpark Way Ste 130**<br>**Euless, TX 76040-3705** | Line 2. _1_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **McKinney El Corazon, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

**Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operations**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,863.31**    Priority amount: **$4,863.31**

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | **McKinney El Corazon, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address

**Accurate Chemical & Services**

**731 E Fairmont Dr**

**Tempe, AZ 85282**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$750.00

---

**3.2**
Nonpriority creditor's name and mailing address

**Alsco**

**1340 E Berry St**

**Fort Worth, TX 76119-3003**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$8,376.19

---

**3.3**
Nonpriority creditor's name and mailing address

**Am Trust**

**800 Superior Ave E**

**Cleveland, OH 44114-2613**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$632.00

---

**3.4**
Nonpriority creditor's name and mailing address

**Atmos Energy**

**Po Box 790311**

**Saint Louis, MO 63179-0311**

Date or dates debt was incurred  _____

Last 4 digits of account number  **5  8  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset?
☑ No
☐ Yes

$1,391.66

Debtor   **McKinney El Corazon, LLC**                              Case number *(if known)* _____
          Name

| **Part 2:** | Additional Page |

---

**3.5** | Nonpriority creditor's name and mailing address
**C & L Foods**

1802 E Levee St

Dallas, TX 75207-6804

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$18,461.48

---

**3.6** | Nonpriority creditor's name and mailing address
**Constellation Energy**

Po Box 4911

Houston, TX 77210-4911

Date or dates debt was incurred _____

Last 4 digits of account number  6  8  7  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

$4,986.41

---

**3.7** | Nonpriority creditor's name and mailing address
**Crestview Real Estate**

12720 Hillcrest Rd. 650

Dallas, TX 75230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:**
Notice only - Landlord agreed to release claim if debtor vacated property.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Former Landlord**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** | Nonpriority creditor's name and mailing address
**Dallas Observer**

2030 Main St Ste 410

Dallas, TX 75201-4446

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| | |
|---|---|
| Debtor | **McKinney El Corazon, LLC** |
| | Name |

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.90 |
|---|---|---|---|

**Dallas Super Source**

**3655 Kennesaw 75 Pkwy Nw Ste 100**

**Kennesaw, GA 30144**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _,gs_

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $662.44 |
|---|---|---|---|

**Dallas Water Utilities**

**1500 Marilla St # 4an**

**Dallas, TX 75201-6318**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Defender Protection Inc.**

**Po Box 703696**

**Dallas, TX 75370-3696**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Dimensional Print**

**14901 Quorum Dr Ste 100**

**Dallas, TX 75254-6799**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **McKinney El Corazon, LLC**
_____   Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119,200.00 |

**EBF Holdings, LLC**

**d/b/a Everest Business Funding**

**5 W 37th St # 1100**

**New York, NY 10018-6222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Merchant Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **8/23/20203**

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113,600.00 |

**Finvest LLC**

**77 Spruce St Ste 204**

**Cedarhurst, NY 11516-2022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Merchant Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **7/11/2023**

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.41 |

**First Data Merchant Services**

**Clover**

**Po Box 173845**

**Denver, CO 80217-3845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97,500.00 |

**Fox Capital Group, Inc.**

**803 S 21st Ave**

**Hollywood, FL 33020-6962**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Merchant Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    **9/8/2023**

Last 4 digits of account number    ___ ___ ___ ___

Debtor    **McKinney El Corazon, LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Gurian, CPA**

**14881 Quorum Dr. 350**

**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.39 |
|---|---|---|---|

**Hibu**

**Customer Service**

**Po Box 3162**

**Cedar Rapids, IA 52406-3162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,978.00 |
|---|---|---|---|

**IMerchant Funding LLC**

**101 Merritt 7 Corporate Park 3rd Floor**

**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **10/16/2023**

**Basis for the claim:** **Merchant Advance**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**JC Sandoval Plumbers**

**417 Bluewood Dr**

**Dallas, TX 75232-3901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** **Goods and Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

---

Debtor   **McKinney El Corazon, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Jerry's Grease Trap services**

**1303 Stafford St**

**Dallas, TX 75208-1434**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:   **$1,280.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Kalamata Capital Group, LLC**

**7315 Wisconsin Ave 550E**

**Bethesda, MD 20814**

Date or dates debt was incurred   **5/12/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:   **$166,250.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Advance**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Maria Mendez de Perez**

**5906 Fieldcrest Ln.**

**Sachse, TX 75048**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:   **$4,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Merk Funding, Inc.**

**2071 Flatbush Ave # 6**

**Brooklyn, NY 11234-4340**

Date or dates debt was incurred   **10/17/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:   **$32,798.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Advance**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **McKinney El Corazon, LLC**

Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.25**  Nonpriority creditor's name and mailing address

**Michael Fleetwood**

**7943 Hillfawn Cir**

**Dallas, TX 75248-5331**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

**Monica Bell, LLC**

**Po Box 74**

**Mabank, TX 75147-0074**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27**  Nonpriority creditor's name and mailing address

**Plantkeeper Inc.**

**Po Box 226142**

**Dallas, TX 75222-6142**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address

**Reliant Metro Carbonation, LLC**

**Po Box 981**

**Pampa, TX 79066-0981**

Date or dates debt was incurred

Last 4 digits of account number    **0  0  0  0**

As of the petition filing date, the claim is:    $90.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **McKinney El Corazon, LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.29** | Nonpriority creditor's name and mailing address

**Royal Mechanical, Inc.**

**7015 Twin Hills Ave Ste 110**

**Dallas, TX 75231-5138**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.30** | Nonpriority creditor's name and mailing address

**Star Advance**

**124 Stratford Pl**

**Lakewood, NJ 08701-1467**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Advance**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,485.00**

---

**3.31** | Nonpriority creditor's name and mailing address

**Texas Select**

**2415 Midway Rd Ste 115**

**Carrollton, TX 75006-2500**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,046.50**

---

**3.32** | Nonpriority creditor's name and mailing address

**Today's Pest Control**

**Po Box 153602**

**Irving, TX 75015-3602**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$188.36**

---

Debtor    **McKinney El Corazon, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $192,076.00 |

**WebBank**

**215 State St. 1000**

**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 10 of 12

Debtor    **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
         Name

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Toast, Inc.**<br>**d/b/a Toast Capital**<br>**333 Summer St**<br>**Boston, MA 02210-1702** | Line **3.33**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **U. S. Atty General (IRS)**<br>**U. S. Attorney General**<br>**950 Pennsylvania Ave Nw**<br>**Washington, DC 20530-0009** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **U.S. Attorney, Northern Dis. Texas**<br>**Civil Process Clerk**<br>**1100 Commerce St Ste 300**<br>**Dallas, TX 75242-1074** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$4,863.31** |
| 5b.  **Total claims from Part 2** | 5b. + | **$819,619.49** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$824,482.80** |

Fill in this information to identify the case:

Debtor name **McKinney El Corazon, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____     Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form
   206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name __**McKinney El Corazon, LLC**__

United States Bankruptcy Court for the: __**Northern**__   District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

__Official Form 206H__

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 **Ann Stevenson Cuellar** | **10628 Pagewood Dr**<br>Street<br><br>**Dallas, TX 75230-4258**<br>City      State      ZIP Code | __Finvest LLC__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __IMerchant Funding LLC__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __Star Advance__ | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 __Cuellar, Gilbert__ | **10628 Pagewood Dr**<br>Street<br><br>**Dallas, TX 75230-4258**<br>City      State      ZIP Code | __EBF Holdings, LLC__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __Finvest LLC__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __Fox Capital Group, Inc.__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __IMerchant Funding LLC__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __Kalamata Capital Group, LLC__ | ☐ D<br>☑ E/F<br>☐ G |
| | | __Merk Funding, Inc.__ | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **McKinney El Corazon, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | **Star Advance** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **SBA** | ☑ D<br>❏ E/F<br>❏ G |
| 2.3 | **Gilbert Cuellar** | **10628 Pagewood Dr**<br>Street<br><br>**Dallas, TX 75230-4258**<br>City     State     ZIP Code | **EBF Holdings, LLC** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Finvest LLC** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Fox Capital Group, Inc.** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **IMerchant Funding LLC** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Kalamata Capital Group, LLC** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Merk Funding, Inc.** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **Star Advance** | ❏ D<br>☑ E/F<br>❏ G |
| | | | **SBA** | ☑ D<br>❏ E/F<br>❏ G |
| 2.4 | | Street<br><br>City     State     ZIP Code | | ❏ D<br>❏ E/F<br>❏ G |
| 2.5 | | Street<br><br>City     State     ZIP Code | | ❏ D<br>❏ E/F<br>❏ G |

| Official Form 206H | **Schedule H: Codebtors** | page __2__ of __3__ |
|---|---|---|

Debtor    **McKinney El Corazon, LLC**
Name

Case number (if known)

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.6 | | Street | | ☐ D |
| | | | | ☐ E/F |
| | | | | ☐ G |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name __**McKinney El Corazon, LLC**__

United States Bankruptcy Court for the:

__**Northern District of Texas**__

Case number (if known): _____   Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.......................................................................................... | **$0.00** |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*........................................................................................ | **$0.00** |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.......................................................................................... | **$0.00** |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$900,000.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................... | **$4,863.31** |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................................... | **+  $819,619.49** |

4. **Total liabilities**.................................................................................................................................................... | **$1,724,482.80** |

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **McKinney El Corazon, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$650,000.00** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,856,596.32 |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **McKinney El Corazon, LLC**    Case number *(if known)*
    Name

| | |
|---|---|
| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Alsco** <br> Creditor's name <br> **1340 E Berry St** <br> Street <br><br> **Fort Worth, TX 76119-3003** <br> City        State     ZIP Code | | **$7,533.84** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2.  **Crestview Real Estate** <br> Creditor's name <br> **12720 Hillcrest Rd. 650** <br> Street <br><br> **Dallas, TX 75230** <br> City        State     ZIP Code | | **$15,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Landlord** |
| 3.3.  **Fintech** <br> Creditor's name <br><br> Street <br><br> City        State     ZIP Code | | **$12,454.50** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Liquor Tax Processing** |
| 3.4.  **Gurian, CPA** <br> Creditor's name <br> **14881 Quorum Dr. 350** <br> Street <br><br> **Dallas, TX 75254** <br> City        State     ZIP Code | | **$8,600.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.5.  **Labatt Ffood Services** <br> Creditor's name <br><br> Street <br><br> City        State     ZIP Code | | **$110,721.26** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor    **McKinney El Corazon, LLC**                                              Case number *(if known)*
                   Name

3.6.  **Internal Rev. Svc. - Dist. Dir.** _____    **$31,669.69**    ☐ Secured debt
      Creditor's name                                                ☐ Unsecured loan repayments
      **1100 Commerce St** _____                                    ☐ Suppliers or vendors
      Street                                                         ☐ Services
      **SPB Mail Code 5020DAL** _____                               ☑ Other **Taxes**
      **Dallas, TX 75242-1001**
      City                     State    ZIP Code

3.7.  **Texas Comptroller of Public Accounts** _____    **$64,193.51**    ☐ Secured debt
      Creditor's name                                                      ☐ Unsecured loan repayments
      **101 E 15th St** _____                                             ☐ Suppliers or vendors
      Street                                                               ☐ Services
      **TEC Bldg - Bankruptcy**                                            ☑ Other **Sales Taxes**
      **Austin, TX 78701-1442**
      City                     State    ZIP Code

3.8.  **Merk Funding, Inc.**    **4/18/2024**    **$14,477.92**    ☐ Secured debt
      Creditor's name                                             ☐ Unsecured loan repayments
      **2071 Flatbush Ave # 6** _____                            ☐ Suppliers or vendors
      Street                                                      ☐ Services
      _____                                                      ☑ Other **Levy on Judgment**
      **Brooklyn, NY 11234-4340**
      City                     State    ZIP Code

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Ann Stevenson Cuellar**<br>Creditor's name<br>**10628 Pagewood Dr**<br>Street<br><br>**Dallas, TX 75230-4258**<br>City    State    ZIP Code | **Weel;y** | **$52,000.00** | **Restaurant manager's salary.** |
| **Relationship to debtor**<br>**Manager, member, restaurant manager** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
        Name

5.1. _____        _____    _____  _____

     Creditor's name

     _____

     Street

     _____

     City            State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Finvest LLC v. McKinney El Corazon, LLC d/b/a Casa Rosa, et al**<br><br>Case number<br><br>_____ | **Merchant Advance** | **Supreme Court of New York, Monroe County**<br>Name<br><br>Street<br><br>_____<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Fox Capital Group, Inc. v. McKinney El Corazon, LLC d/b/a Casa Rosa Restaurante and Gilbert Cuellar**<br><br>Case number<br><br>**DC-23-21302** | _____ | **101st District Court, Dallas County**<br>Name<br><br>Street<br><br>_____<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor   McKinney El Corazon, LLC
_____   Case number *(if known)* _____
Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Star Advance, LLC v. McKinney El Corazon, LLC d/b/a Casa Rosa Restaurante , et al** | _____ | **Supreme Court of New York, Monroe County** <br> Name <br><br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **E2024001018** | | City        State    ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City        State    ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br> City        State    ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br> City        State    ZIP Code <br><br> **Recipient's relationship to debtor** | _____ | _____ | |

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    McKinney El Corazon, LLC _____ Case number *(if known)* _____

Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____   _____   _____ _____

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Lusky & Associates, PC** | **Fee for preparation of chapter 11 filing for debtor.** | **4/30/2024** | **$5,050.00** |
| | Address | | | |
| | **5473 Blair Rd.** Street | | | |
| | **Dallas, TX 75231** City    State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Debtor** | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Lusky & Associates, PC** | **Fee and court costs for chapter 7** | **5/30/2024** | **$2,338.00** |
| | Address | | | |
| | **5473 Blair Rd.** Street | | | |
| | **Dallas, TX 75231** City    State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Debtor** | | | |

Debtor   McKinney El Corazon, LLC
         Name                                                              Case number (if known)

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Crestview Real Estate** | **In lieu and for release of past due and future rent to the landlord, the debtor left all furniture, fixtures and equipment in the premises.** | **5/10/2024** | **(Unknown)** |
| | Address | | | |
| | **12720 Hillcrest Rd # 560** | | | |
| | Street | | | |
| | | | | |
| | **Dallas, TX 75230-2035** | | | |
| | City          State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None.** | | | |

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| | Street | |
| | | |
| | City          State   ZIP Code | |

Debtor  **McKinney El Corazon, LLC**                                    Case number *(if known)*
_____
Name

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name | | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____  ____  _____<br>City        State   ZIP Code | | *Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?
  ☐ No
  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **McKinney El Corazon, LLC**   Case number *(if known)* _____
        Name

| 18.1 | **CrossFirst Bank** | XXXX– __ __ __ | ☑ Checking | 6/21/2024 | $148.00 |
| | Name | | ☐ Savings | | |
| | **2021 Mckinney Ave Ste 800** | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | **Dallas, TX 75201-3346** | | | | |
| | City          State   ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State   ZIP Code | | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State   ZIP Code | | | |

Debtor    **McKinney El Corazon, LLC**                                    Case number *(if known)*
_____
        Name

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | | |
| | City          State    ZIP Code | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Debtor    **McKinney El Corazon, LLC** _____    Case number *(if known)* _____
Name

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Gurian, CPA**<br>Name<br>**14881 Quorum Dr. 350**<br>Street<br><br>**Dallas, TX 75254**<br>City          State     ZIP Code | **Start of**<br>From **Business**  To _____ |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | From _____  To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor   McKinney El Corazon, LLC _____   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Guri**
Name

Street

City                    State            ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Gilbert Cuellar**
Name

**10628 Pagewood Dr**
Street

**Dallas, TX 75230-4258**
City                    State            ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   **U. S. Small Bus. Adm. (SBA)**
Name

**409 3rd St Sw**
Street

**Washington, DC 20416-0011**
City                    State            ZIP Code

## 27.  Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                    State            ZIP Code

## 28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

Debtor    **McKinney El Corazon, LLC**    Case number *(if known)* _____
_____
Name

| Gilbert Cuellar | 10628 Pagewood Dr Dallas, TX 75230-4258 | Manager, Member | 50.00% |
| **Ann Stevenson Cuellar** | **10628 Pagewood Dr Dallas, TX 75230-4258** | **Manager, Member** | **50.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. **Ann Stevenson Cuellar**     _____    _____    _____
Name

**10628 Pagewood Dr**
Street

**Dallas, TX 75230-4258**
City                    State        ZIP Code

| Relationship to debtor |
|------------------------|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

| **Part 14:** | Signature and Declaration |
|--------------|---------------------------|

Debtor  **McKinney El Corazon, LLC**                                    Case number *(if known)* _____
                  Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**06/24/2024**_____
                    MM/  DD/  YYYY

**X** **/s/ Gilbert Cuellar**_____          Printed name _____**Gilbert Cuellar**_____
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor _____**Manager**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    McKinney El Corazon, LLC

Case No. _____

**Debtor**

Chapter _____**7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................   **$2,338.00**

Prior to the filing of this statement I have received ................................................................   **$2,338.00**

Balance Due ...........................................................................................................................   **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    General representation of debtor as debtor-in-possession in a chapter 7 case.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Post discharge matters; contested or adversary proceedings.

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/24/2024** | **/s/ Herman A. Lusky** |
| *Date* | Herman A. Lusky |
| | *Signature of Attorney* |

Bar Number: 12702000
Lusky & Associates, P.C.
5473 Blair Rd
Dallas, TX 75231-2328
Phone: (972) 386-3900

**Lusky & Associates, P.C.**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **McKinney El Corazon, LLC**                                      CASE NO

                                                                         CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **06/24/2024**     Signature _____ **/s/ Gilbert Cuellar** _____

                                                 Gilbert Cuellar, Manager

Accurate Chemical & Services
731 E Fairmont Dr
Tempe, AZ 85282

Alsco
1340 E Berry St
Fort Worth, TX 76119-3003

Am Trust
800 Superior Ave E
Cleveland, OH 44114-2613

Ann Stevenson Cuellar
10628 Pagewood Dr
Dallas, TX 75230-4258

Atmos Energy
Po Box 790311
Saint Louis, MO 63179-0311

C & L Foods
1802 E Levee St
Dallas, TX 75207-6804

Constellation Energy
Po Box 4911
Houston, TX 77210-4911

Crestview Real Estate
12720 Hillcrest Rd. 650
Dallas, TX 75230

Gilbert Cuellar
10628 Pagewood Dr
Dallas, TX 75230-4258


Dallas Observer
2030 Main St Ste 410
Dallas, TX 75201-4446


Dallas Super Source
3655 Kennesaw 75 Pkwy Nw Ste 100
Kennesaw, GA 30144


Dallas Water Utilities
1500 Marilla St # 4an
Dallas, TX 75201-6318


Defender Protection Inc.
Po Box 703696
Dallas, TX 75370-3696


Dimensional Print
14901 Quorum Dr Ste 100
Dallas, TX 75254-6799


EBF Holdings, LLC
d/b/a Everest Business Funding
5 W 37th St # 1100
New York, NY 10018-6222


Finvest LLC
77 Spruce St Ste 204
Cedarhurst, NY 11516-2022

First Data Merchant Services
Clover
Po Box 173845
Denver, CO 80217-3845


Fox Capital Group, Inc.
803 S 21st Ave
Hollywood, FL 33020-6962


Gilbert Cuellar
10628 Pagewood Dr
Dallas, TX 75230-4258


Gurian, CPA
14881 Quorum Dr. 350
Dallas, TX 75254


Hibu
Customer Service
Po Box 3162
Cedar Rapids, IA 52406-3162


IMerchant Funding LLC
101 Merritt 7 Corporate Park 3rd Floor
Norwalk, CT 06851


Internal Rev. Svc. - Dist. Dir.
SPB Mail Code 5020DAL
1100 Commerce St
Dallas, TX 75242-1001


Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

JC Sandoval Plumbers
417 Bluewood Dr
Dallas, TX 75232-3901

Jerry's Grease Trap services
1303 Stafford St
Dallas, TX 75208-1434

Kalamata Capital Group, LLC
7315 Wisconsin Ave 550E
Bethesda, MD 20814

Maria Mendez de Perez
5906 Fieldcrest Ln.
Sachse, TX 75048

Merk Funding, Inc.
2071 Flatbush Ave # 6
Brooklyn, NY 11234-4340

Michael Fleetwood
7943 Hillfawn Cir
Dallas, TX 75248-5331

Monica Bell, LLC
Po Box 74
Mabank, TX 75147-0074

Plantkeeper Inc.
Po Box 226142
Dallas, TX 75222-6142

Reliant Metro Carbonation,
LLC
Po Box 981
Pampa, TX 79066-0981


Royal Mechanical, Inc.
7015 Twin Hills Ave Ste 110
Dallas, TX 75231-5138


SBA
CESC-COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243


Star Advance
124 Stratford Pl
Lakewood, NJ 08701-1467


Texas Select
2415 Midway Rd Ste 115
Carrollton, TX 75006-2500


Toast, Inc.
d/b/a Toast Capital
333 Summer St
Boston, MA 02210-1702


Today's Pest Control
Po Box 153602
Irving, TX 75015-3602


U. S. A.G. (IRS Notification)
U. S. Attorney General
950 Pennsylvania Ave Nw
Washington, DC 20530-0009

U. S. Atty General (IRS)
U. S. Attorney General
950 Pennsylvania Ave Nw
Washington, DC 20530-0009


U. S. Small Bus. Adm. (SBA)
409 3rd St Sw
Washington, DC 20416-0011


U.S. Attorney, Northern Dis.
Texas
Civil Process Clerk
1100 Commerce St Ste 300
Dallas, TX 75242-1074

U.S. Small Bus. Admin. (SBA)
DFW District Office
150 Westpark Way Ste 130
Euless, TX 76040-3705


WebBank
215 State St. 1000
Salt Lake City, UT 84111